# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

CHRISTOPHER MICHAEL WANKEN )
                 Plaintiff,        )
vs.                           )         No. 3:10-CV-0556-K
                              )
JOHN DWIGHT WANKEN, ET AL.,   )
               Defendants.    )

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections [Doc. #40], and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

On January 27, 2011, plaintiff filed a motion for leave to file an amended complaint [Doc. #41]. That motion is **GRANTED**. However, even considering plaintiff's amended pleadings, plaintiff has failed to establish any grounds for vacating or modifying the arbitration award.

SO ORDERED.

SIGNED this 7th day of February, 2011.


_Ed Kinkeade_____
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**